IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| M.E.S., INC.,           )<br>                               )<br>      Plaintiff,           )<br>                               )<br>      v.                       )<br>                               )<br>UNITED STATES,     )<br>                               )<br>      Defendant.          ) | No. 10-92C<br>(Judge Braden) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims, the parties have agreed and hereby stipulate that this action, including all claims and counterclaims, is dismissed with prejudice, with each party to bear its own costs and attorney fees.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | STUART F. DELERY<br>Acting Assistant Attorney General |
|  | JEANNE E. DAVIDSON<br>Director |
|  | s/ Kirk T. Manhardt<br>KIRK T. MANHARDT<br>Assistant Director |
| s/ Michael H. Payne<br>MICHAEL H. PAYNE, Esquire<br>Cohen, Seglias, Pallas,<br>Greenhall & Furman, P.C.<br>United Plaza, 19th Floor<br>30 South 17th Street<br>Philadelphia, PA 19103 | s/ David D'Alessandris<br>DAVID D'ALESSANDRIS<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C.  20044<br>Tele: (202) 307-0139<br>Fax:  (202) 514-8624 |
| January 31, 2013<br>Counsel for M.E.S., Inc. | January 31, 2013<br>Attorneys for Defendant |